**Exhibit 1**

**Copyright Registration**

**Registration Number**
# VA 2-461-284
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
September 05, 2025

## Title

**Title of Work:** Sardine Claw Clip

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** April 17, 2025
**Nation of 1st Publication:** Singapore

## Author

- **Author:** Arissa Rashid
  **Author Created:** sculpture
  **Citizen of:** Singapore
  **Domiciled in:** Singapore
  **Year Born:** 2000

## Copyright Claimant

**Copyright Claimant:** Arissa Rashid
BLK 325 Tampines St 32, #02-412, Singapore, 520325, Singapore

## Rights and Permissions

**Name:** Arissa Rashid
**Email:** rissaartt@gmail.com
**Telephone:** (+65)966-2009x6

## Certification

**Name:** Arissa Rashid
**Date:** May 21, 2025

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

